IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DE-ERIC COOPER, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil No. 3:22-CV-0521-K-BH |
| | § | |
| NATIONAL CREDIT ADJUSTERS, | § | |
| LLC., | § | |
| | § | |
| Defendant. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant National Credit Adjusters, LLC's Motion to Dismiss Pursuant to FRCP 12(b)(1),* filed June 6, 2022 (doc. 13) is **GRANTED**, and the alternative *Motion for Judgment on the Pleadings* is **DENIED AS MOOT**. By separate judgment, the plaintiff's

claims against the defendant will be **DISMISSED without prejudice** for lack of subject matter jurisdiction.

    **SO ORDERED.**

    **Signed December 13th, 2022.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE